AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

**FILED**

August 22, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _Myrna Gallegos_
DEPUTY

| | |
|---|---|
| United States of America<br>v.<br><br><br><br>VICTOR PINEDA PAZ<br>_____<br>*Defendant(s)* | )<br>)<br>)  Case No. **EP-25-MJ-4675-ATB**<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 21, 2025_____ in the county of _____El Paso_____ in the

_Western_ District of _____Texas_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 111 (a)(1) | Assault of a Federal Officer |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Cris Estrada, FBI Special Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date:     **09/22/2025**

_____
*Judge's signature*

City and state:          El Paso, Texas

Anne T. Berton, U.S. Magistrate Judge
_____
*Printed name and title*

Complaint sworn to telephonically on
_August 22, 2025_ at _01:12 PM_ and signed
electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

# AFFIDAVIT

I, Special Agent Cris Estrada, being first duly sworn, hereby depose and state as follows:

1.      On August 21, 2025, at approximately 1:30 p.m., the VICTIM, an on-duty, uniformed United States Border Patrol (USBP) K9 Agent, was on Interstate 10 (I-10) headed towards his Border Patrol station in Fort Hancock. VICTIM was traveling in an unmarked vehicle with police lights. At around the 40-mile marker, VICTIM saw a semi-truck with trailer weaving and swerving on I-10 around other vehicles. VICTIM was traveling at 85 mph, caught up to the truck and passed it.

2.      At around the 50-mile marker, VICTIM was traveling in the left-hand lane when the truck came up on his right and cut him off causing VICTIM to swerve into the median. VICTIM initiated his lights and called out to dispatch that he was conducting a single vehicle stop and asked dispatch to request a Texas Department of Public Safety (TxDPS) trooper.

3.      VICTIM initiated his lights because the driver, VICTOR PINEDA PAZ was driving erratically and VICTIM believed PAZ to be a danger to the public. VICTIM wanted to conduct a welfare check to make sure that PAZ was not having a medical emergency. PAZ pulled over at exit 55, the Tornillo exit. When VICTIM pulled over, he called dispatch again and requested a TxDPS trooper.

4.      PAZ jumped out of the truck and began walking toward VICTIM. PAZ approached VICTIM and told him he was not DPS, that he had New Mexico license plates, and he did not have any authority to pull him over. VICTIM told PAZ that he was a federal agent and asked him to sit down. PAZ crouched by the driver side rear tires of the trailer and cussed at the VICTIM calling him a "stupid son of a bitch."

5.      VICTIM called dispatch for backup and while dispatch was running records checks on the PAZ, dispatch requested the last four digits of PAZ' social security number. VICTIM asked PAZ for the last four digits of his social security number. PAZ stood up, stated he would not provide that information and began walking away from VICTIM towards his truck.

6.      VICTIM told PAZ not to get into his truck and to sit down. PAZ ignored VICTIM's commands, so VICTIM stood in front of PAZ between him and the truck. PAZ shoved victim in the chest with his hands. VICTIM wrapped his arms around PAZ and swept his legs taking him down to the ground. On the ground, PAZ would not give up his arm to be handcuffed and VICTIM struggled to restrain him for approximately 30 seconds to 1 minute. PAZ then gave up his hands and was handcuffed.

7.      A backup USBP K9 agent (WITNESS) arrived at the scene and began talking to PAZ to calm him down. While talking to WITNESS, PAZ acknowledged that he shoved VICTIM and told WITNESS, "Yeah, but he's not God, the only person I can't touch is God."

8.      PAZ refused to provide a statement.

9.      Based on the facts set forth above, your affiant respectfully submits that there is probable cause to believe that PAZ knowingly violated Title 18, United States Code, § 111(a)(1) – Assault of a Federal Officer, within the Western District of Texas.

Cris Estrada, Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me
This 22 day of August 2025.

Anne T. Berton
United States Magistrate Judge