**FILED**

August 22, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Myrna Gallegos_____

DEPUTY

United States District Court
Western District of Texas
El Paso Division

United States of America,

    Plaintiff,

    v.

Victor Pineda PAZ,

    Defendant.

**EP-25-MJ-4675-ATB**

### United States' Motion to Detain Defendant Without Bond and Motion for Continuance

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and pursuant to 18 U.S.C. § 3142(e) and (f), files this, its Motion to Detain Defendant Without Bond and Motion for Continuance, and for cause, would respectfully show unto the Court the following:

1.    The Defendant was arrested for a violation of Title 18, United States Code, Section 111(a)(1), *Assault on a Federal Officer, a crime of violence.*

2.    The Defendant is a United States Citizen, however, the Defendant has ties to Mexico, and, as such, presents a high risk of fleeing the jurisdiction to avoid prosecution on this charge There are no conditions or combination of conditions which will reasonably assure the appearance of the Defendant at future court settings.

The Government would further move the Court for a three-day continuance of the detention hearing from the date of the initial appearance.

WHEREFORE, premises considered, the Government respectfully prays the Court to hold

the above-named Defendant without bail pending the final outcome of this case.

Respectfully submitted,

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

By:    *Mallory J. Rasmussen*
MALLORY J. RASMUSSEN
Assistant U.S. Attorney
Illinois Bar #6306034
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884

2