# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | No.  3:25-CR-02262-LS |
| | § | |
| VICTOR PINEDA PAZ, | § | |
| | § | |
| *Defendant.* | § | |

## JUDGMENT OF ACQUITTAL

On March 23, 2026, came on the above captioned case for a jury trial. After hearing all testimony and reviewing evidence in the case, the jury today returned a verdict of not guilty. The Court therefore enters this judgment of acquittal.

**SO ORDERED**.

**SIGNED** and **ENTERED** on March 25, 2026.

_____

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**